**EXHIBIT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERMAN DEVALERIO PEASE )<br>TABACCO BURT & PUCILLO, )<br>　　　　　　Plaintiff )<br> )<br>v. )<br> )<br>ERAN RUBINSTEIN and )<br>SUSAN M. BOLTZ RUBINSTEIN, )<br>　　　　　　Defendants. )<br> ) | Civil Action. No.<br>07 Civ. 12127 (PBS) |

### PLAINTIFF'S RULE 26(a)(1) AND LOCAL RULE 26.2 INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2, Plaintiff Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") hereby makes the following initial disclosures:

**A.　Individuals**

The following individuals are likely to have discoverable information that Berman DeValerio may use to support its claims, to the extent not protected by the attorney-client privilege, the work-product doctrine or other applicable privileges:

1.

2.

3.

4.

5.

6.  Gregory T. Magarity
    7 North Columbus Blvd.
    Pier Five at Penns Landing, Suite 20
    Philadelphia, PA 19106

5