# EXHIBIT B

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

425 CALIFORNIA STREET, 31st FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

222 LAKEVIEW AVENUE, SUITE 900
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

March 26, 2007
By DHL and email

Susan M. Boltz Rubinstein, Esq.
Eran Rubinstein, Esq.
410 Park Avenue, Suite 1530
NY, NY 10022

Re:   Of Counsel Relationship with Berman DeValerio Pease Tabacco Burt &
Pucillo

Dear Susan and Eran:

Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") has
agreed to offer you an "Of Counsel" relationship with our Firm on the terms set forth
herein.  The term of this agreement will be 12 months, effective March 26, 2007.  At the
end of the first 6-month period, however, Berman DeValerio has the option to terminate
the relationship.  If Berman DeValerio chooses not to terminate the relationship after 6
months, the relationship will expire at the end of the 12-month period unless we mutually
agree to extend it.

The terms of the 12-month agreement are as follows:

*[handwritten note in left margin: only in The event that cliente) Are not brought in to the firm.]*

1.   You both will assume an "Of Counsel" relationship with Berman
DeValerio.  Your principal duties will be institutional outreach to
communicate with and secure clients for the Berman DeValerio
institutional investor portfolio monitoring program.  We will cooperate
with you and assist you in your outreach efforts.

2.   In performing your institutional outreach work you will interact most
frequently and directly with Kathleen Donovan-Maher, a partner in our
Firm, with the day-to-day responsibility for the operation of our
international outreach program.  However, other Berman DeValerio
partners will be available to you as needed and, of course, assist in any
client presentations, etc.  You will act as the primary liaison on behalf of
our Firm with the clients you introduce to the Firm.

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Susan M. Boltz Rubinstein, Esq.
Eran Rubinstein, Esq.
March 26, 2007
Page 2 of 3

3.   You will be independent contractors and we will pay you $25,000 per
     month for this work, commencing April 1, 2007.

4.   You will receive 10% of any fees Berman DeValerio receives as a result
     of representing clients you produce in cases where the client is appointed
     lead plaintiff. The total of the $25,000 per month payments you will have
     received will be credited against, i.e., deducted from the 10% of fees to be
     paid to you.

5.   There may be instances when the client you produced is only partly
     responsible for the leadership position, or when it is necessary to adjust
     the percentage of fees to be paid to you on account of other payments that
     the Firm may be obliged to make in connection with a particular matter.
     This may result in a reduction of your percentage. For example, if a group
     of Berman DeValerio's clients come together to form a group to be
     designated lead plaintiff under the PSLRA, then the client you produced
     will be only proportionately responsible for the leadership position, and
     the percentage may be reduced accordingly. Similarly, compensation may
     be owing to others outside the firm when more than one client has been
     appointed lead plaintiff. In such cases the percentage to be paid to you and
     others may be negotiated. In such an instance, we may be willing, at our
     discretion, to increase the total percentage paid to no more than 15% to
     accommodate these various interests.

6.   To assist you in doing your outreach work, we will reimburse you for your
     reasonable and necessary out-of-pocket expenses of up to $50,000 on an
     annual basis.  This limit reflects our mutual expectation of the total
     amount. It may, with our advance permission, be exceeded.  To obtain
     reimbursement, you must comply with our Firm's expense approval and
     documentation policies and practices, working with our accounting
     department in Boston.  Proper receipts and records are required.

7.   Any clients obtained through your efforts while operating as Of Counsel
     to our Firm will be considered clients of the Berman DeValerio Firm.  In
     the event our relationship later terminates, those clients will remain with
     our Firm unless and until the client independently decides to terminate the
     relationship with our Firm.  You will not, in such a circumstance,
     encourage such a client to terminate its relationship with our Firm or
     establish a relationship with any competitor firm.

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Susan M. Boltz Rubinstein, Esq.
Eran Rubinstein, Esq.
March 26, 2007
Page 3 of 3

      8.     This agreement is subject to and shall be performed in all respects in full compliance with all requirements of law and ethical rules in effect in all applicable jurisdictions.

If the foregoing is acceptable and agreeable to you, would you both please sign where indicated below and return one of the duplicate originals enclosed herewith to me as soon as possible. We are very enthusiastic about your international efforts and look forward to working with you.

Very truly yours,

Norman Berman

cc:    Kathleen M. Donovan-Maher, Esq.

Agreed to this **26** day of March, 2007

_____
Susan M. Boltz Rubinstein

_____
Eran Rubinstein