# EXHIBIT C

## BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

### ATTORNEYS AT LAW

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

425 CALIFORNIA STREET, 21st FLOOR
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

222 LAKEVIEW AVENUE, SUITE 900
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

September 12, 2007
**VIA OVERNIGHT MAIL**

Susan Boltz Rubinstein
Eran Rubinstein
3444 Wiltshire Road
Furlong, PA 18925

Dear Susan and Eran:

I am in receipt of your September 10, 2007 letter. Beyond the fact that your letter is riddled with factual inaccuracies and silent as to the repeated instances in which you failed to abide by your obligations set forth in the March 26, 2007 agreement between you and Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio"), I write to remind you that pursuant to the March 26, 2007 agreement between you and Berman DeValerio, paragraph 7 reads as follows:

> Any clients obtained through your efforts while operating as Of Counsel to our Firm will be considered clients of the Berman DeValerio Firm. In the event our relationship later terminates, those clients will remain with our Firm unless and until the client independently decides to terminate the relationship with our Firm. You will not, in such a circumstance, encourage such a client to terminate its relationship with our Firm or establish a relationship with any competitor firm.

We advise you not to take any steps or actions to encourage any client to terminate its relationship with Berman DeValerio or interfere with our relationship with any client.

In addition, your actions since the middle of July have been in clear violation of your agreement with Berman DeValerio. On July 18, 2007, Eran stated in an email to me that "Patrick Coughlin has invited us back." Obviously, you began negotiating to leave Berman DeValerio and go to another firm while you were still Of Counsel to Berman DeValerio.

### BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Susan Boltz Rubinstein
Eran Rubinstein
September 12, 2007
Page 2

    We have also learned that effective on August 31, 2007, you became associated with the firm of Coughlin, Stoia, Geller, Rudman & Robbins ("Coughlin Stoia") and that you are moving forward with certain South Africa initiatives, commenced while you were associated with Berman DeValerio, on behalf of Coughlin Stoia.

    Clearly, you decided to terminate your association with Berman DeValerio long before you sent us your termination letter and, most egregiously, you accepted employment with Coughlin Stoia while you were simultaneously badgering us for payment of your September draw. Your deception continued as recently as September 6 when, after you had accepted a position with Coughlin Stoia, Eran responded to my email asking for an update regarding the trading data from the Israeli funds and scheduling a trip to Ireland by stating: "everything should be wrapped up by the beginning of next week before the holidays. I won't have complete details with regard to either till then. I'll get back to you at the very beginning of the week."

    Accordingly, we demand return of the $25,000 monthly draws paid to you for the months of July, August and September for a total of $75,000. We also demand the return of the $4,387.22 paid to you in connection with your trip to South Africa in July 2007.

    Finally, we have contacted Shawn He of MeetChinaBiz and requested the return of the $15,000 paid to MeetChinaBiz which included payment of the outstanding Lerach Coughlin invoice in the amount of $10,432.40.

                  Very truly yours,

                   Glen DeValerio

cc:  Charles J. Weiss, Esq.
    Patrick J. Coughlin, Esq.
    Darren J. Robbins, Esq.